

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-16-00203-CV |
|---|---|---|
| Jaime Garcia, Anastacia V. Garcia, and Mis Tres Properties, LLC, | § | Appeal from the |
| Appellants, | § | 274th District Court |
| v. | § | of Comal County, Texas |
| RREF CB SBL Acquisitions, LLC; RREF CB SBL-TX TWO LLC; and Quantum Servicing Corporation, | § | (TC# C2013-1059C) |
| | § | |
| Appellees. | § | |
| | § | |

**O R D E R**

Pending before the Court is a motion to withdraw filed by counsel for Appellants, Richard Deck.  Appellants have not objected to the motion.  The motion is GRANTED. Appellants are directed to notify the Court immediately if they retain new counsel.  On the Court's own motion, the deadline for Appellants' brief is extended to April 18, 2017.  Appellants are directed to provide the Court with a current mailing address within 10 days from the date of this order.

IT IS SO ORDERED this 29th day of March, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.